E-FILED
Monday, 29 June, 2026  11:44:08 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  25-CR-10008 |
| | ) | |
| MARK PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

THIS MATTER coming before the Court on the Government's Motion for Entry of a Final Order of Forfeiture, the Court finds as follows:

1.     On December 8, 2025, this Court entered a Preliminary Order of Forfeiture (d/e 30) pursuant to Title 18, United States Code, Section 2428, incorporating by reference the provisions of Rule 32.2 of the Federal Rules of Criminal Procedure, based upon Defendant Mark Peterson's written plea agreement and consent to forfeiture;

2.     Commencing on December 15, 2025, and continuing for thirty days thereafter, the United States posted on an official government internet site (www.forfeiture.gov) notice of this forfeiture, and of the intent of the United States to dispose of the property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

3.      This Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, the Government's Motion for a Final Order of Forfeiture is GRANTED, and IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

A.      All right, title, and interest in and to the following property is hereby forfeited to the United States**:**

- Motorola Smart Phone, and
- Google Chromebook, Serial Number M4NXCV02A274134.

B.      The United States, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

DATE:_____June 29, 2026_____

s/ Jonathan E. Hawley

_____

UNITED STATES DISTRICT JUDGE

2